## The People *vs.* Mrs. M'Lane.

*Indictment on Counterfeit Notes.—Motion to put off the Trial.*

THE prisoner was charged with passing counterfeit money, was taken up, committed, and was this day brought out for trial. On calling the witnesses for the prosecution, it was found that none attended. *Price and N. L. Graham*, counsel for the prisoner, were ready to proceed to trial, and were anxious a jury should be called; finding however they could not bring the case to a trial, and that their testimony might be dispersed before the next term, moved the Court by affidavit of the absence of material witnesses, for a postponement to November Term.

*Maxwell, District Attorney*, opposed the motion. He observed this indictment was found at this term: he might call the case on or not, at his pleasure; he was not bound to be ready at any particular day during the term, unless an agreement was made, and the cause set down for trial. This had not been done; he was nevertheless desirous to bring on the trial, as soon as possible. The witnesses on the part of the prosecution not being in court, and it being uncertain when they could be found, he could agree at present to no disposition of it; but opposed a postponement to November term, alleging he might be ready in the succeeding term, and possibly on some day of the present term.

*Price* contended, as they were now ready for trial, and wished it to proceed, they ought to have the case disposed of agreeable to the motion.

*By the Court.* "We cannot grant the motion applied "for: the District Attorney has the right of calling on a "case on any day of the term, unless by agreement it is set "down for a particular day, or unless it is disposed of by "direction of the Court. In the present case he may be

NEW YORK,
Sept. 1822.

The People
*vs.*
Mrs. M'Lane

A prisoner has no right to claim his trial on any day of the first term, where the district attorney is not ready, nor to adjourn it to the next after the following term.

NEW-YORK,     "ready before  the end of the term :  we  cannot  however
Sept. 1822.   "put off this trial to  November term ; because a term will
The People    "intervene, and both  parties may  then be  ready for trial.
    *vs.*       "We will adjourn  it until  Thursday of  the last week  of
John M'Int're  "the term, and if the District Attorney is not ready on that
              "day, adjourn it to the next term or ·ake such  order upon
              "it as justice requires."

                                              Motion refused.